# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>Sheikh Zahid | CASE NO: 23-22636<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/8/2023, I did cause a copy of the following documents, described below,

Loss Mitigation Request - By the Debtor

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/8/2023

/s/ Carl Nelson
Carl Nelson  CN4227
Attorney for Debtor
Carl J. Nelson Law, P.C.
800 WESTCHESTER AVENUE SUITE 641N
Rye Brook, NY  10573
877 282 2882
carl@cnelsonlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CASE NO: 23-22636 |
| Sheikh Zahid | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 9/8/2023, a copy of the following documents, described below,

Loss Mitigation Request - By the Debtor

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/8/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Carl Nelson
Carl J. Nelson Law, P.C.
800 WESTCHESTER AVENUE SUITE 641N
Rye Brook, NY  10573

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


UNITED STATES TRUSTEE                    THOMAS C. FROST
OFFICE OF THE UNITED STATES TRUSTEE -    CHAPTER 13 STANDING TRUSTEE
NY                                       399 KNOLLWOOD RD
ALEXANDER HAMILTON CUSTOM HOUSE          SUITE 102
ONE BOWLING GREEN, ROOM 534              WHITE PLAINS, NY 10603-1936
NEW YORK, NY 10004-1459
```